IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| PLAINTIFF, | : | |
| v. | : | CIVIL NO. 18-1683 |
| $510,910.00 IN UNITED STATES CURRENCY and ONE FORD FOREST RIVER FORESTER RECREATIONAL VEHICLE, BEARING VIN: 1FDWS9PM1GKA97463, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON, | : | |
| DEFENDANTS. | : | |

## ENTRY OF APPEARANCE ON BEHALF OF THE UNITED STATES OF AMERICA

To the Clerk of this Court and all parties of record:

Pursuant to SDIL-LR 83.1(f), William E. Coonan, Assistant United States Attorney, respectfully enters his appearance as counsel in this case for the following listed plaintiff:

1. United States of America

Wherefore, plaintiff's counsel respectfully enters his appearance pursuant to SDIL-LR 83.1(f).

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney
Southern District of Illinois

*/s/ William E. Coonan*
WILLIAM E. COONAN
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
(618) 628-3700
(618) 622-3810 (fax)
Liam.Coonan@usdoj.gov