# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) | |
| v. | ) | Case Number: |
| $510,910.00 in U.S. Currency, et al | ) ) | |
| *Defendant(s)* | ) | |

# **ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

DATED:

_____
Signature

_____
Name

_____
Address

_____
Phone Number

_____
Fax Number

stephen_m_komie@komie-and-associates.com
E-Mail Address

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| FUNDS IN THE AMOUNT OF FIVE HUNDRED TEN THOUSAND NINE HUNDRED TEN DOLLARS ($510,910.00) in U.S. CURRENCY, and ONE FORD FOREST RIVER FORESTER RECREATIONAL VEHICLE, BEARING VIN: 1FDWS9PM1GKA97463, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON | ) No. 3:18-cv-1683-NJR-SCW |
| Defendants. | ) |
| PATRICK N. BARBER and STEPHEN M. KOMIE | ) |
| Claimants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that a true and correct copy of **Claimant Patrick N. Barber's Appearance** has been served upon the below named party(ies), by filing said document in the CM/ECF system on September 18, 2018.

TO:    William Coonan                           Clerk of the U.S. District Court
        Assistant United States Attorney     for the Southern District of Illinois
        Nine Executive Drive                   750 East Missouri Avenue
        Fairview Heights, Illinois 62208     East St. Louis, Illinois 62201

                                            /s/Stephen M. Komie
                                            Stephen M. Komie
                                            Komie and Associates
                                            One N. LaSalle Street, Suite 4200
                                            Chicago, Illinois 60602
                                            312/263-2800