# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

|  |  |  |
|--|--|--|
| *Plaintiff(s)* <br> v. <br> $510,910.00 in U.S. Currency,et al <br> *Defendant(s)* | ) ) ) ) ) ) | Case Number: |

# **ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

DATED:

_____
Signature

_____
Name

_____
Address

_____
Phone Number

_____
Fax Number

stephen_m_komie@komie-and-associates.com
E-Mail Address

Rev. 2/11

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FUNDS IN THE AMOUNT OF FIVE HUNDRED TEN THOUSAND NINE HUNDRED TEN DOLLARS ($510,910.00) in U.S. CURRENCY, and ONE FORD FOREST RIVER FORESTER RECREATIONAL VEHICLE, BEARING VIN: 1FDWS9PM1GKA97463, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON | ) ) ) ) ) ) ) ) ) ) ) No. 3:18-cv-1683-NJR-SCW |
| Defendants. | ) ) ) |
| PATRICK N. BARBER and STEPHEN M. KOMIE | ) ) |
| Claimants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that a true and correct copy of **Claimant Stephen M. Komie's Appearance** has been served upon the below named party(ies), by filing said document in the CM/ECF system on September 18, 2018.

TO:   William Coonan                     Clerk of the U.S. District Court
        Assistant United States Attorney   for the Southern District of Illinois
        Nine Executive Drive              750 East Missouri Avenue
        Fairview Heights, Illinois 62208    East St. Louis, Illinois 62201

                                                  /s/Stephen M. Komie
                                              Stephen M. Komie
                                              Komie and Associates
                                              One N. LaSalle Street, Suite 4200
                                              Chicago, Illinois 60602
                                              312/263-2800