IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : : : | |
| v. | : : | CIVIL NO. 18-cv-1683-NJR-SCW |
| $510,910.00 IN UNITED STATES CURRENCY; ONE FORD FOREST RIVER FORESTER RECREATIONAL VEHICLE, BEARING VIN: 1FDWS9PM1GKA97463, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON; and ONE RUGER LCP .380 HANDGUN, BEARING SERIAL NUMBER 371699695 WITH MAGAZINE AND ANY AND ALL AMMUNITION CONTAINED THEREIN OR SEIZED THEREWITH, | : : : : : : : : : : : | |
| DEFENDANTS. | : : | |

## WARRANT FOR ARREST OF ARTICLES IN REM
## WITH RESPECT TO $510,910.00 IN UNITED STATES CURRENCY

TO THE UNITED STATES MARSHAL AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, an amended verified complaint of forfeiture has been filed on October 16, 2018, in the United States District Court for the Southern District of Illinois, alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), for violation of 21 U.S.C. § 801 *et seq.*;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant property, and use discretion and whatever means appropriate to protect and maintain said defendant property;

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

DATED: 11-02-2018

MARGARET M. ROBERTIE
Clerk of the Court

*Kailyn Kramer, Deputy Clerk*
Deputy Clerk