IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>vs.<br><br>$510,910.00 IN UNITED STATES CURRENCY;<br>ONE FORD FOREST RIVER FORESTER<br>RECREATIONAL VEHICLE, BEARING<br>VIN: 1FDWS9PM1GKA97463, WITH<br>ALL ACCESSORIES, ATTACHMENTS,<br>AND COMPONENTS THEREON; and<br>ONE RUGER LCP .380 HANDGUN,<br>BEARING SERIAL NUMBER 371699695<br>WITH MAGAZINE AND ANY AND ALL<br>AMMUNITION CONTAINED THEREIN<br>OR SEIZED THEREWITH,<br>          Defendants.<br><br>PATRICK N. BARBER and STEPHEN M. KOMIE<br>          Claimants. | No.18-cv-1683-NJR-SCW |

## AMENDED VERIFIED CLAIM

NOW COMES Claimant STEPHEN M. KOMIE pursuant to the Supplemental Rule for Certain Admiralty and Maritime Claims C(6), and G(5) and demands restitution of the Defendant property and claims the right to defend this action. Based upon information and belief, Claimant STEPHEN M. KOMIE has a bonafide ownership interest in the Defendant property in that he is an owner of the property. Said ownership interest was obtained by assignment from Claimant PATRICK N. BARBER which is attached hereto and made a part hereof as Exhibit A. Thus, Claimant STEPHEN M. KOMIE has a property interest in the amount of $521,550.00 in U.S. Currency which is the subject of this forfeiture action.

Claimant PATRICK N. BARBER has irrevocably assigned all right, title, and interest to his attorney Claimant STEPHEN M. KOMIE a fifty percent interest of the gross amount seized $521,550.00. Said assignment to Claimant STEPHEN M. KOMIE is for $260,775.00 of the gross amount seized together with any interest to be paid or awards of attorney's fees.

I declare under penalty of perjury the foregoing is true and correct.

Dated: Dec 11, 2018     Respectfully submitted,

By: *Stephen Komie*
STEPHEN M. KOMIE, Claimant

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>vs.<br>$510,910.00 IN UNITED STATES CURRENCY;<br>ONE FORD FOREST RIVER FORESTER<br>RECREATIONAL VEHICLE, BEARING<br>VIN: 1FDWS9PM1GKA97463, WITH<br>ALL ACCESSORIES, ATTACHMENTS,<br>AND COMPONENTS THEREON; and<br>ONE RUGER LCP .380 HANDGUN,<br>BEARING SERIAL NUMBER 371699695<br>WITH MAGAZINE AND ANY AND ALL<br>AMMUNITION CONTAINED THEREIN<br>OR SEIZED THEREWITH,<br>     Defendants.<br>PATRICK N. BARBER and STEPHEN M. KOMIE<br>     Claimants. | ) ) ) ) ) ) No.18-cv-1683-NJR-SCW ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **VERIFICATION**

  I, STEPHEN M. KOMIE, Claimant, under the penalties of perjury as provided by law, the undersigned certifies that the statements set forth in the Amended Verified Claim are true and correct, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that I verily believe the same to be true.

                  *Stephen Komie*
                  STEPHEN M. KOMIE

# ASSIGNMENT

I, PATRICK NEIL BARBER, hereby assign, transfer, quit claim, and convey an amount $260,775.00 of my interest in the $521,550.00 of United States Currency seized by Pontoon Beach Police officers and/or Drug Enforcement Administration, and/or other law enforcement officers on May 31, 2018 at Pontoon Beach Illinois, without search warrant, File No. I2-18-0034 to STEPHEN M. KOMIE.

DATED: 6-4-18

_____
Patrick N. Barber

State of Illinois )
                 ) ss.
County of Cook   )

Subscribed and sworn before me
this 4 day of June, 2018.

_____
Notary Public

"OFFICIAL SEAL"
MARY ROSE KOZICZ LOPEZ
Notary Public, State of Illinois
My Commission Expires 10/30/2021

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FUNDS IN THE AMOUNT OF FIVE HUNDRED TEN THOUSAND NINE HUNDRED TEN DOLLARS ($510,910.00) in U.S. CURRENCY, and ONE FORD FOREST RIVER FORESTER RECREATIONAL VEHICLE, BEARING VIN: 1FDWS9PM1GKA97463, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| PATRICK N. BARBER and STEPHEN M. KOMIE | ) ) |
| Claimants. | ) |

No. 3:18-cv-1683-NJR-SCW

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that a true and correct copy of **Claimant Stephen M. Komie's Amended Verified Claim** has been served upon the below named party(ies), by filing said document in the CM/ECF system on December 14, 2018.

TO:   William Coonan                        Clerk of the U.S. District Court
         Assistant United States Attorney    for the Southern District of Illinois
         Nine Executive Drive                     750 East Missouri Avenue
         Fairview Heights, Illinois 62208     East St. Louis, Illinois 62201

                                                /s/Stephen M. Komie
                                               Stephen M. Komie
                                               Komie and Associates
                                             One N. LaSalle Street, Suite 4200
                                             Chicago, Illinois 60602
                                             312/263-2800