IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>            Plaintiff,                         )<br>   vs.                                                     )<br>                                                                )<br>FUNDS IN THE AMOUNT OF            )<br>FIVE HUNDRED TEN THOUSAND   )<br>NINE HUNDRED TEN DOLLARS       )<br>($510,910.00) in U.S. CURRENCY, and )<br>ONE FORD FOREST RIVER FORESTER )<br>RECREATIONAL VEHICLE, BEARING )<br>VIN: 1FDWS9PM1GKA97463, WITH   )<br>ALL ACCESSORIES, ATTACHMENTS, )<br>AND COMPONENTS THEREON, et al. )<br>                                                                )<br>            Defendants.                    )<br>                                                                )<br>PATRICK N. BARBER and STEPHEN M. KOMIE)<br>                                                                )<br>            Claimants.                      ) | No. 3:18-cv-1683-NJR-SCW |

### CERTIFICATE OF SERVICE *VIA* ELECTRONIC MAIL

The undersigned, an attorney, deposes and states that a true and correct copy of the attached Claimant PATRICK N. BARBER'S First Set of Interrogatories have been served upon the below named party(ies), at the address(es) shown via electronic mail on the 21st day of December, 2018.

To:   William E. Coonan
       Assistant United States Attorney
       Nine Executive Drive
       Fairview Heights, Illinois 62208
       (618) 628-3700
       liam.coonan@usdoj.gov

                                                                /s/ Stephen M. Komie
                                                                Stephen M. Komie