IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| FUNDS IN THE AMOUNT OF FIVE HUNDRED TEN THOUSAND NINE HUNDRED TEN DOLLARS ($510,910.00) in U.S. CURRENCY, and ONE FORD FOREST RIVER FORESTER RECREATIONAL VEHICLE, BEARING VIN: 1FDWS9PM1GKA97463, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON, *et al.* | ) No. 3:18-cv-1683-NJR-SCW |
| Defendants. | ) |
| PATRICK N. BARBER and STEPHEN M. KOMIE | ) |
| Claimants. | ) |

**CERTIFICATE OF SERVICE *VIA* ELECTRONIC MAIL**

The undersigned, an attorney, deposes and states that a true and correct copy of the attached Claimant PATRICK N. BARBER'S Request to Produce has been served upon the below named party(ies), at the address(es) shown via electronic mail on the 21st day of December, 2018.

To: William E. Coonan
      Assistant United States Attorney
      Nine Executive Drive
      Fairview Heights, Illinois 62208
      (618) 628-3700
      liam.coonan@usdoj.gov

                                        /s/ Stephen M. Komie
                                        Stephen M. Komie