IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| FUNDS IN THE AMOUNT OF ) | |
| FIVE HUNDRED TEN THOUSAND ) | |
| NINE HUNDRED TEN DOLLARS ) | No. 3:18-cv-1683-NJR-MAB |
| ($510,910.00) in U.S. CURRENCY, and ) | |
| ONE FORD FOREST RIVER FORESTER ) | |
| RECREATIONAL VEHICLE, BEARING ) | |
| VIN: 1FDWS9PM1GKA97463, WITH ) | |
| ALL ACCESSORIES, ATTACHMENTS, ) | |
| AND COMPONENTS THEREON, et al ) | |
| ) | |
| Defendants. ) | |
| ) | |
| PATRICK N. BARBER and STEPHEN M. KOMIE ) | |
| ) | |
| Claimants. ) | |

**CLAIMANT'S GENERAL DENIAL OF AMENDED VERIFIED COMPLAINT**

NOW COMES Claimant, STEPHEN M. KOMIE, by and through his attorney KOMIE AND ASSOCIATES and pursuant to the Federal Rules of Civil Procedure enters a general denial.

**<u>General Denial</u>**

Claimant STEPHEN M. KOMIE, pursuant to Rule 8(b) enters a general denial of the verified complaint. Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the Amended Verified Complaint for Forfeiture. Further, Claimant's claim is contingent upon the success on the merits of the claim of PATRICK N. BARBER.

## Counter Claim

That Claimant believes he is entitled to attorneys' fees and costs of this action together with interest as provided by the Civil Asset Forfeiture Reform Act.

WHEREFORE, the Claimant, STEPHEN M. KOMIE, respectfully prays this Court enter judgment in favor of Claimants and against Plaintiff and respectfully prays for the following relief:

A. That the Court enter a judgment in favor of the claimants and against the United States.

B. That the Court grant costs in connection with the pursuit of a claim in this action.

C. That the Court pursuant to statute as made and provided award attorneys' fees and costs for this action.

                                             Respectfully submitted,

                                             STEPHEN M. KOMIE, Claimant
                                             by and through his attorneys
                                             KOMIE AND ASSOCIATES

By:   __/s/Stephen M. Komie_____
       Stephen M. Komie

Stephen M. Komie, Esq.
Komie and Associates
One N. LaSalle Street, Suite 4200
Chicago, Illinois 60602
(312) 263-2800

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FUNDS IN THE AMOUNT OF FIVE HUNDRED TEN THOUSAND NINE HUNDRED TEN DOLLARS ($510,910.00) in U.S. CURRENCY, and ONE FORD FOREST RIVER FORESTER RECREATIONAL VEHICLE, BEARING VIN: 1FDWS9PM1GKA97463, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON, et al | ) ) ) ) ) ) ) ) ) ) ) No. 3:18-cv-1683-NJR-MAB |
| Defendants. | ) ) |
| PATRICK N. BARBER and STEPHEN M. KOMIE | ) ) |
| Claimants. | ) |

## VERIFICATION

I, STEPHEN M. KOMIE, Claimant, under the penalties of perjury as provided by law, certifies the statements set forth in the General Denial of the Amended Verified Complaint are true and correct, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that I verily believe the same to be true.

Dated: January 18, 2019        /s/ Stephen M. Komie
                               STEPHEN M. KOMIE

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FUNDS IN THE AMOUNT OF ) <br> FIVE HUNDRED TEN THOUSAND ) <br> NINE HUNDRED TEN DOLLARS ) <br> ($510,910.00) in U.S. CURRENCY, and ) <br> ONE FORD FOREST RIVER FORESTER ) <br> RECREATIONAL VEHICLE, BEARING ) <br> VIN: 1FDWS9PM1GKA97463, WITH ) <br> ALL ACCESSORIES, ATTACHMENTS, ) <br> AND COMPONENTS THEREON, et al ) <br> ) <br> Defendants. ) <br> _____ ) <br> PATRICK N. BARBER and STEPHEN M. KOMIE ) <br> ) <br> Claimants. ) | No. 3:18-cv-1683-NJR-MAB |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that a true and correct copy of **Claimant Stephen M. Komie's Answer to the First Amended Verified Complaint** has been served upon the below named party(ies), by filing said document in the CM/ECF system on January 18, 2019.

TO:   William Coonan                         Clerk of the U.S. District Court
      Assistant United States Attorney       for the Southern District of Illinois
      Nine Executive Drive                   750 East Missouri Avenue
      Fairview Heights, Illinois 62208       East St. Louis, Illinois 62201

                                   /s/Stephen M. Komie
                                  Stephen M. Komie
                                  Komie and Associates
                                  One N. LaSalle Street, Suite 4200
                                  Chicago, Illinois 60602
                                  (312) 263-2800