IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 18-1683-NJR |
| | ) | |
| $510,910.00 IN UNITED STATES CURRENCY, *et al*., | ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

The United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and William E. Coonan, Assistant United States Attorney, and Stephen M. Komie, Claimant and attorney for Claimant, and respectfully moves for a protective order pursuant to Federal Rule of Civil Procedure 26(c).

1. Plaintiff United States moves and requests an order to protect certain sensitive government information during the discovery process. Federal Rule of Civil Procedure 26(c) provides the vehicle for such a protection, allowing the court to order restriction on who may access to certain information.

2. The parties anticipated and agree that this matter may require the disclosure of confidential and sensitive documents and material.

3. In this case, DEA seized a large amount of currency, a recreational vehicle, and a firearm from Mr. Patrick Barber. DEA concluded that those items were connected to illegal drug trafficking. Claimants Barber and his attorney Mr. Stephen M. Komie, Esq., seek certain internal documents belonging to DEA (*e.g*., sensitive policies regarding investigation and handling of evidence). The United States submits that these certain documents are confidential and may

otherwise be not within the scope of discovery or objectionable. In an effort to settle ongoing discovery disputes, the United States has agreed to provide certain documents pursuant to a protective order.

4. A proposed order has been submitted to the Court's proposed documents inbox.

5. Good cause exists for the entry of a protective order under Rule 26(c) and all parties consent to the entry of this proposed order.

Wherefore, the parties respectfully move for and request a protective order as supplied to the Court.

        UNITED STATES OF AMERICA

        Respectfully submitted,

        STEVEN D. WEINHOEFT
        United States Attorney

        *s/ William E. Coonan*
        WILLIAM E. COONAN
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, Illinois 62208-1344
        618.628.3700 telephone
        618.622.3810 facsimile
        E-mail: Liam.Coonan@usdoj.gov


        STEPHEN M. KOMIE, Claimant
        by and through his attorneys
        KOMIE AND ASSOCIATES

        By: *s/ Stephen M. Komie* (with consent)
        Stephen M. Komie
        Stephen M. Komie, Esq.
        Komie and Associates
        One N. LaSalle Street, Suite 4200
        Chicago, Illinois 60602
        (312) 263-2800